UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JONATHAN WILLIFORD                                    CIVIL ACTION NO.

VERSUS                                                19-751-JWD-EWD

BENJAMIN THOMAS BALLARD, ET AL.

## RULING

Before the Court is a Motion for Certificate of Appealability[1] filed by Petitioner, Jonathan Williford. This Court construes the Motion for Certificate of Appealability as a motion to certify a ruling for an interlocutory appeal pursuant to 28 U.S.C. § 1292. Generally, only final decisions of district courts may be reviewed on appeal,[2] but in certain instances, a party may move for an interlocutory appeal pursuant to 28 U.S.C. § 1292.[3] A prerequisite to an appeal, however, is an order or ruling of which to complain. Petitioner does not point to any order in this matter that he would like to appeal. In fact, the only orders issued thus far in this matter are preliminary and non-dispositive.[4] Accordingly, no appeal can be taken at this time. Once there is a final judgment, Petitioner may seek a certificate of appealability if he is dissatisfied with the result and may then raise the issues with the Fifth Circuit. Accordingly,

---

[1] R. Doc. 17.
[2] 28 U.S.C. § 1291.
[3] Absent leave to proceed with an interlocutory appeal, the Court of Appeals has no jurisdiction to entertain Plaintiff's interlocutory appeal. *See Burge v. Parish of St. Tammany*, 187 F.3d 452, 477 (5th Cir. 1999).
[4] To date, the Court has only issued an order regarding Petitioner's Motion to Proceed *in Forma Pauperis*, and the Court has ordered a response by respondents. (R. Docs. 5 & 6).

**IT IS ORDERED** that Plaintiff's Motion for Certificate of Appealability[5] be and is hereby **DENIED**.

Signed in Baton Rouge, Louisiana, on April 6, 2020.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[5] R. Doc. 17.