UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**JONATHAN WILLIFORD (#7700032441)**

**VERSUS**

**BENJAMIN THOMAS BALLARD, ET AL.**

CIVIL ACTION NO.

19-751-JWD-EWD

### OPINION

The Court notes that the report and recommendation mailed to Jonathan Williford on August 24, 2020 (Doc. 19) was returned to the Court as undeliverable on September 11, 2020 (Doc. 20). On September 24, 2020, a notice of change of address was filed into the record by Johnathon Williford (Doc. 21). The Clerk of Court re-issued the report and recommendation to Jonathan Williford at his new address on September 30, 2020. After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc. 19) dated August 24, 2020, to which no objection was filed;

**IT IS ORDERED** that the Court declines to exercise jurisdiction on its own motion based on the *Younger* abstention doctrine and that the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus By a Person in State Custody (Doc. 1) is DISMISSED WITHOUT PREJUDICE and that the Motion to Dismiss (Doc. 10) filed by Respondents Benjamin Thomas Ballard, Jason Ard and Jeff Landry, is TERMINATED AS MOOT.

Signed in Baton Rouge, Louisiana, on <u>October 26, 2020</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**